TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00021-CV

Huong Tran, Individually and on behalf of Kimberly Ngo, Thuan Ngo, Ha Ngo

 and Thai Q. Ngo, Appellants

v.

Millers Casualty Insurance Company of Texas, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT

NO. 95-07702, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING 

PER CURIAM

 Appellants have filed a motion to dismiss the appeal. The motion has been on file for over
ten days after notice was sent and has no opposition. Tex. R. App. P. 19(e). We grant appellants' motion. 
Tex. R. App. P. 59(a)(1)(B).

 We dismiss the appeal.

Before Justices Powers, Jones and Kidd

Appeal Dismissed on Appellants' Motion

Filed: August 28, 1997

Do Not Publish